# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHIRLEY M. DRUMMER,

    Plaintiff,

v.

SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, *et al.*,

    Defendants.

Case No. 2:25-cv-00965-APG-NJK

**Order**

[Docket No. 1]

    Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff also filed a complaint and a motion for preliminary injunction. Docket Nos. 1-2, 1-4. However, Plaintiff's application is incomplete because she failed to date and sign her application, complaint, and motion as required by Federal Rule of Civil Procedure 11. *See* Docket Nos. 1 at 2, 1-2 at 6, 1-4 at 4.

    Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice. No later than **July 3, 2025**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

    The Clerk's Office is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

    IT IS SO ORDERED.

    Dated: June 3, 2025

                                                 Nancy J. Koppe
                                               United States Magistrate Judge