UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SHIRLEY DRUMMER,
Plaintiff,
v.
SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY (SNRHA),
Defendant. Rhonda Jackson, Malandria Watson, Brandy Foreman, Ebony Bell

Case No.: 2:25-cv-00965-APG-NJK

MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

COMES NOW, Plaintiff Shirley Drummer, appearing pro se, and respectfully requests this Honorable Court grant an extension of 15 days to file her Amended Complaint, which is currently due on August 11, 2025.

In support of this Motion, Plaintiff states as follows:

1. Plaintiff is diligently working to comply with the Court's order requiring the filing of an Amended Complaint by August 11, 2025.

2. Plaintiff respectfully requests an extension of 15 days, through and including August 26, 2025, to file her Amended Complaint.

3. The extension is necessary because Plaintiff is still in the process of gathering relevant evidence and needs to include new facts that have recently become available and are material to her claims.

4. This is Plaintiff's first request for an extension of time in this matter, and the request is made in good faith and not for the purpose of delay or prejudice to any party.

5. Plaintiff believes that this short extension will allow her to more fully and accurately present her claims and assist the Court in addressing the issues presented.

WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of 15 days, up to and including August 26, 2025, to file the Amended Complaint.

Respectfully submitted,
/s/ Shirley Drummer
Shirley Drummer
8101 Hopscotch St.
Las Vegas, NV 89131
shirleydrummer247@gmail.com
(323) 220-5758
Dated: August 7, 2025

IT IS SO ORDERED.
Dated: August 13, 2025

Nancy J. Koppe
United States Magistrate Judge