# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHIRLEY M. DRUMMER,

  Plaintiff,

v.

SOUTHERN NEVADA REGIONAL
HOUSING AUTHORITY, et al.,

  Defendants.

Case No. 2:25-cv-00965-GMN-NJK

**Order**

[Docket No. 25]

Pending before the Court is Plaintiff's motion for service of process by the United States Marshals Service.[1]  Docket No. 25.[2]  The motion is properly resolved without a hearing.  Local Rule 78-1.

Litigants proceeding under *in forma pauperis* status have the right to "adequate assistance by the U.S. Marshal in the service of summons and the complaint."  *Puett v. Blandford*, 912 F.2d 270, 273 (9th Cir. 1990); *see also* Fed. R. Civ. P. 4(c)(3).

Accordingly, the Court **GRANTS** Plaintiff's motion.  Docket No. 25.  Further, the Court **ORDERS** as follows:

- The Clerk's Office is **INSTRUCTED** to mail Plaintiff five blank copies of the USM-285 form.

---

[1] The Court liberally construes the filings of *pro se* litigants.  *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] Plaintiff's motion fails to comply with several of the Local Rules' formatting requirements.  *See* LR IA 10-1.  Specifically, the motion fails to: (1) include the necessary information in the proper format, as required by LR IA10-2; (2) consecutively number lines of text beginning with 1 on the left margin of each page with no more than 28 lines per page, *see* LR IA 10-1(a)(1); and (3) consecutively number pages, *see* LR IA 10-1(a)(5).  The Court may strike any document that does not conform to an applicable provision of the Local Rules.  *See* LR IA 10-1(d).

- Plaintiff will have twenty days in which to furnish the United States Marshal with the required USM-285 forms with the relevant information as to each of the five defendants.

- The Clerk's Office will issue summons to each of the five defendants and deliver the complaint and that summons to the United States Marshal for service.

- Within twenty days after receiving from the United States Marshal copies of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether each of the defendants was served.  If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendants and specifying a detailed name and/or address for said defendant, or whether some other matter of service should be attempted.

IT IS SO ORDERED.

Dated: February 5, 2026

_____

Nancy J. Koppe
United States Magistrate Judge