**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHIRLEY M. DRUMMER,

    Plaintiff,

v.

SOUTHERN NEVADA REGIONAL
HOUSING AUTHORITY, et al.,

    Defendants.

Case No. 2:25-cv-00965-GMN-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 29. A joint discovery plan must be filed by May 19, 2026.

IT IS SO ORDERED.

Dated: May 12, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1