# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHIRLEY M. DRUMMER,

    Plaintiff,

v.

SOUTHERN NEVADA REGIONAL
HOUSING AUTHORITY, et al.,

    Defendants.

Case No. 2:25-cv-00965-GMN-NJK

**Order**

[Docket No. 42]

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss.[1]  Docket No. 42; *see also* Docket No. 29 (motion to dismiss).  Plaintiff filed a response.  Docket No. 43.  Defendants filed a reply.  Docket No. 44.

Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[2]  Accordingly, the Court **GRANTS** the motion to stay discovery.  Docket No. 42.  If resolution of the motion to dismiss does not result in termination of this case, the parties must file a joint proposed discovery plan within seven days of the issuance of the order resolving the motion.

IT IS SO ORDERED.

Dated: May 22, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion to dismiss is fully briefed.  Docket Nos. 29, 37, 38.

[2] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits.  *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011).  The undersigned's "preliminary peek" at the merits of the motion for judgment on the pleadings is not intended to prejudice its outcome.  *See id.*  The undersigned carefully reviewed the arguments presented in the underlying motion but will not provide discussion of the merits herein.

1